1

UNITED STATES SHIPPING BOARD EMERGENCY FLEET CORPORATION, Kerr Steamship Company, Inc., and United States & Australasia Lines, Inc., Plaintiffs in Error (Defendants Below), v. Rosa LANDER, Administratrix of the Goods, Chattels, Credits, etc., Which were the Estate of Viking W. LANDER, Deceased, Defendant in Error (Plaintiff Below).

Circuit Court of Appeals, Second Circuit.
December 19, 1927.

No. 75.

In Error to the District Court of the United States for the Southern District of New York.

Charles H. Tuttle, U. S. Atty., and Edgar G. Wandless, both of New York City (Edgar G. Wandless and Howard C. Campbell, both of New York City, of counsel), for plaintiffs in error.

O'Brien, Malevinsky & Driscoll, of New York City (Dennis F. O'Brien, Arthur F. Driscoll, and Benjamin Pepper, all of New York City, of counsel), for defendant in error.

Before MANTON, L. HAND, and SWAN, Circuit Judges.

PER CURIAM. Judgment affirmed, with costs.

═══════

2

UNITED STATES ex rel. Sanopik AGEMIAN, Relator-Appellant, v. Benjamin M. DAY, as Commissioner, etc., Respondent-Appellee.

Circuit Court of Appeals, Second Circuit.
January 17, 1928.

No. 227.

Appeal from the District Court of the United States for the Southern District of New York.

V. H. Kalenderian, of New York City, for appellant.

Sam'l C. Coleman and Charles H. Tuttle, both of New York City, for appellee.

Before MANTON, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM. Order affirmed in open court.

═══════

3

UNITED STATES ex rel. Sime SARUNICH, Relator-Appellant, v. Benjamin M. Day, as Commissioner, etc., Respondent-Appellee.

UNITED STATES ex rel. John (Ivan Halich) SARUNICH, Relator-Appellant, v. Benjamin M. DAY, as Commissioner, etc., Respondent-Appellee.

Circuit Court of Appeals, Second Circuit.
January 20, 1928.

Nos. 212, 213.

Appeals from the District Court of the United States for the Southern District of New York.

Charles Foley, of Jamaica, N. Y., for appellant.

Charles H. Tuttle, U. S. Atty., of New York City (Alvin McK. Sylvester, Asst. U. S. Atty., of New York City, of counsel), for appellee.

Before MANTON, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM. Orders affirmed in open court.

═══════

4

UNITED STATES ex rel. Melchiore SPATARO, Relator-Appellant, v. Benjamin M. DAY, Commissioner of Immigration at the Port of New York, Respondent-Appellee.

Circuit Court of Appeals, Second Circuit.
January 20, 1928.

No. 210.

Appeal from the District Court of the United States for the Southern District of New York.

Charles E. Healy, of New York City, for appellant.

Charles H. Tuttle, U. S. Atty., of New York City (Abbot Low Moffat, Asst. U. S. Atty., of New York City, of counsel), for appellee.

Before MANTON, L. HAND, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM. The order is affirmed, on the authority of Chung v. Nagle (C. C. A.) 15 F.(2d) 789, and United States ex rel. Grimaldi v. Ebey (C. C. A.) 12 F.(2d) 922.